# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JOHN DOE, JANE DOE, and JACK DOE, et al. <br> *Plaintiff(s)* <br> v. <br> UNLOCK HEALTH INC., MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH, <br> *Defendant(s)* | Civil Action No. 3:26-cv-0289 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* UNLOCK HEALTH INC., MEDICOM DIGITAL, INC.
d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,
SERVE: CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Gerard Stranch, IV
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 03/11/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Unlock Health, Inc., Medicom Digital, Inc.
was received by me on *(date)* 3/11/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Unlock Health, Inc., Medicom Digital, Inc. on *(date)* 3/18/2026 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/2026

Jacob R. Hall
*Server's signature*

Jacob R. Hall - Paralegal
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Unlock Health Inc., Medicom Digital, Inc.
Serve: Corporation service Company
2908 Poston Avenue
Nashville, TN 37203

9590 9402 9410 5002 7284 68

2. Article Number *(Transfer from service label)*

9589 0710 5270 3725 6994 64

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
3-18-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Tracking Number:

# 9589071052703725699464

Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 8:52 am on March 18, 2026 in NASHVILLE, TN 37203.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Offic**

NASHVILLE, TN 37203
March 18, 2026, 8:52 am

See All Tracking History

What Do USPS Tracking Statuses Mean?