| | | |
|---|---|---|
| **JOE DOE** *et al.* | ) | **Case No. 3:26-cv-00289** |
| | ) | **Judge Crenshaw** |
| | ) | **Magistrate Judge Holmes** |
| **v.** | ) | |
| | ) | |
| **UNLOCK HEALTH, INC.** *et al.* | ) | |

# O R D E R

Pending before the Court is Defendants' Unopposed Motion to Extend Time to Respond to the Complaint (Docket No. 10), which is **GRANTED IN PART** as provided for below:

1.  The time for Defendants to answer or otherwise respond to the complaint is extended to **May 22, 2026**.[1]

2.  Should Defendants elect to file a motion to dismiss, prior to filing the motion, and notwithstanding the exclusion in Local Rule 7.01, **Defendants' counsel must initiate a conference with Plaintiffs' counsel** and counsel for the parties must confer and determine whether there are amendments to the complaint or other possible resolution that would obviate the need for a motion to dismiss. **Defendants' counsel must, in any motion to dismiss, certify that this conference occurred.**

3.  Any motion to dismiss must otherwise be filed and briefed in accordance with Local Rule 7.01.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Defendants requested until May 23, 2026, which is a weekend.