**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Barbara D. Holmes |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health ("Defendants"), with Plaintiffs' consent, respectfully move for an Order continuing the Initial Case Management Conference (ICMC), currently scheduled for July 2, 2026, 30 days or to a date convenient to this court. Good cause exists for the requested relief.

The basis for said extension is due to the Parties' engagement in settlement discussions and the requirement of additional time to determine whether this matter can be resolved without further litigation. Further, it is the Parties' position that this extension of time to conduct the initial case management conference will allow for a more expeditious and efficient litigation and/or resolution of this case.

Counsel for Plaintiffs consent to the requested continuance.

**WHEREFORE**, Defendants respectfully requests that the Court continue the ICMC currently scheduled for July 2, 2026 to a date convenient to this court.

Dated: Knoxville, Tennessee
June 25, 2026

**WOOD, SMITH, HENNING & BERMAN, LLP**

By: /s/ *Christopher J. Seusing*
Christopher J. Seusing, Esq. (Admitted *Pro Hac Vice*)
Sean V. Patel, Esq. (Admitted *Pro Hac Vice*)
William J. Roe, Esq.
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
Tel.: 865-267-8050
Fax.: 865-267-8051
wroe@wshblaw.com
cseusing@wshblaw.com
spatel@wshblaw.com

*Counsel for Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive And Medicom Health*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, a copy of Defendants' Unopposed Motion to Continue the Initial Case Management Conference and the Proposed Order was filed through the Court's CM/ECF system, which will send notification to all counsel of record registered to receive electronic service.

*/s/ Christopher J. Seusing*
Christopher J. Seusing, Esq.

**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Barbara D. Holmes |

**[PROPOSED] ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

Upon consideration of Defendants' Unopposed Motion to Continue Initial Case Management Conference, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Parties shall attend the initial case management conference on August 2, 2026 or to a date convenient for this Court.

IT IS SO ORDERED.

Dated: ________________________

BY THE COURT:

____________________________________________

THE HONORABLE MAGISTRATE BARBARA D. HOLMES
UNITED STATES DISTRICT JUDGE