| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289 |

## ORDER

The Parties' Joint Motion to Establish a Briefing Schedule (Doc. No. 27), is **GRANTED**. Plaintiffs shall have an additional thirty (30) days to respond to Defendants' Motion to Dismiss up and to and including **August 5, 2026**. Defendants shall have an additional twenty (20) days after the filing of the response in opposition to file a reply brief.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
UNITED STATES DISTRICT JUDGE