**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated, | |
| *Plaintiffs,* | Case No. 3:26-cv-00289 |
| v. | Judge Waverly D. Crenshaw, Jr.<br>Magistrate Barbara D. Holmes |
| UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH, | |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING MOTION**
**FOR ENTRY OF A PROTECTIVE ORDER**

On this day, the Court considered Defendants' Motion for Entry of a Protective Order ("Motion") filed by Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health (collectively, "Defendants" or "Unlock Health"). After considering the Motion, the Court finds the Motion should the GRANTED. It is therefore,

ORDERED, that Plaintiffs eighteen subpoenas referenced in Defendants' Motion for Entry of a Protective Order are hereby QUASHED in their entirety, and no entity served with any such subpoena shall be required to respond, appear, or produce documents pursuant thereto. It is further ordered that Plaintiffs not issue or serve any further subpoenas on Defendants' clients without first obtaining agreement from Defendants' counsel or seeking leave of Court.

_____
Magistrate Barbara D. Holmes
