**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Barbara D. Holmes |

## DEFENDANTS' MOTION FOR IN-PERSON ORAL ARGUMENT

Pursuant to paragraph 4 of Judge Crenshaw's Judicial Preferences, Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health (collectively, "Defendants" or "Unlock Health"), respectfully request oral argument in-person with respect to Defendants' Motion for Entry of a Protective Order.

Oral argument would materially assist the Court by allowing the Parties to address the narrow issues presented with respect to third party discovery, clarify the scope and relevance of the discovery sought, and respond to any questions the Court may have regarding the requested protective order. Given the significance of the ruling to the orderly management of discovery and the potential burden and prejudice from disclosure, Defendants respectfully submit oral argument will aid the Court in reaching an efficient and well-informed decision.

Dated: Knoxville, Tennessee
July 10, 2026

**WOOD, SMITH, HENNING & BERMAN, LLP**

By: */s/ Christopher J. Seusing*
Christopher J. Seusing, Esq. (Admitted *Pro Hac Vice*)
Sean V. Patel, Esq. (Admitted *Pro Hac Vice*)
William J. Roe, Esq.
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
Tel.:  865-267-8050
Fax.:  865-267-8051
wroe@wshblaw.com
cseusing@wshblaw.com
spatel@wshblaw.com

*Counsel for Defendants Unlock Health, Inc. Medicom*
*Digital, Inc. d/b/a Medicom Health Interactive And*
*Medicom Health*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, a copy of foregoing was filed through the Court's CM/ECF system, which will send notification to all counsel of record registered to receive electronic service.

*/s/ Christopher J. Seusing*
Christopher J. Seusing