**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Barbara D. Holmes |

## [PROPOSED] ORDER GRANTING MOTION FOR ORAL ARGUMENT

On this day, the Court considered Defendants' Motion for Oral Argument ("Motion") filed by Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health (collectively, "Defendants" or "Unlock Health") with respect to Defendants' Motion for Entry of a Protective Order ("Motion"). After considering the Motion, the Court finds the Motion should the GRANTED. It is therefore, ORDERED, that the Court will hear oral argument on this matter.

_____
Magistrate Barbara D. Holmes