# UNITED STATES DISTRICT COURT
## for the
Middle District of Tennessee

| | | |
|---|---|---|
| JOHN DOE, JANE DOE, and JACK DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00289 |
| UNLOCK HEALTH, INC., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs John Doe, Jane Doe, and Jack Doe                                            .

Date:      07/14/2026

/s/John C. Roberts
*Attorney's signature*

John C. Roberts, (TN BPR# 042673)
*Printed name and bar number*

The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

*Address*

jroberts@stranchlaw.com
*E-mail address*

(615) 254-8801
*Telephone number*

(615) 255-5419
*FAX number*