# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Barbara D. Holmes<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

Plaintiffs, John Doe, Jane Doe, and Jack Doe, together with Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health, (collectively "the Parties"), respectfully move for an Order extending the current briefing schedule on Defendants' Motion to Dismiss, such that Plaintiff's response shall be due on or before August 24, 2026, with Defendants' reply due 20 days thereafter. Good cause exists for the requested relief. The current deadline for Plaintiff to respond is August 5, 2026. (*See* ECF 29).

Defendants filed their motion to dismiss, alternatively, motion to strike, on June 22, 2026. On July 2, 2026, the Parties filed a joint motion to establish a briefing schedule on that motion (*see* ECF 27), which the Court granted on July 7, 2026 (*see* ECF 29). Since that time, the Parties have met and conferred regarding discovery in this case,[1] in addition to their respective positions on the merits. The Parties anticipate continuing their efforts and need additional time to focus on

---

[1] The Parties conducted a Rule 26(f) conference in June 2026.

1

investigating the merits of the dispute and possibly reaching an early resolution. To that end, the Parties request a brief extension of their current briefing schedule on Defendants' motion to dismiss through the initial case management conference with Judge Holmes, which is currently scheduled for August 20, 2026. (*See* ECF 25).

**WHEREFORE**, the Parties respectfully request that the Court enter an Order extending the current briefing schedule on Defendants' Motion to Dismiss, such that Plaintiff's response shall be due on or before August 24, 2026, with Defendants' reply due 20 days thereafter.

Dated: July 31, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch (TN BPR 23045)
Grayson Wells (TN BPR 039658)
Michael Tackeff (TN BPR 039658)
John C. Roberts (TN BPR 042673)
**STRANCH, JENNINGS, & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@strachlaw.com
gwells@stranchlaw.com
mtackeff@stranchlaw.com
jroberts@stranchlaw.com

Foster C. Johnson (admitted *Pro Hac Vice*)
**AHMAD, ZAVITSANOS, & MENSING, PLLC**
1221 McKinney Street, Suite 3460
Houston TX 77010
(713) 655-1101
fjohnson@azalaw.com
ahmad@azalaw.com
mholden@azalaw.com

Lynn A. Toops (admitted *Pro Hac Vice*)
Lisa M. LaFornara (admitted *Pro Hac Vice*)
**COHEN & MALAD, LLP**
One Indiana Square, #1400
Indianapolis, IN 46204

2

Telephone: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenmalad.com

***Counsel for Plaintiffs and the Proposed Class***

*/s/ Christopher J. Seusing*
Christopher J. Seusing (admitted *Pro Hac Vice*)
Sean V. Patel (admitted *Pro Hac Vice*)
William J. Roe
**WOOD, SMITH, HENNING & BERMAN, LLP**
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
Tel.:  865-267-8050
Fax.:  865-267-8051
cseusing@wshblaw.com
spatel@wshblaw.com
wroe@wshblaw.com

***Counsel for Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health***

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, a copy of this Joint Motion to Extend Briefing

Schedule on Defendant's Motion to Dismiss and the Proposed Order was filed through the Court's

CM/ECF system, which will send notification to the following counsel of record:

Christopher J. Seusing (admitted *Pro Hac Vice*)
Sean V. Patel (admitted *Pro Hac Vice*)
William J. Roe
**WOOD, SMITH, HENNING & BERMAN, LLP**
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
cseusing@wshblaw.com
spatel@wshblaw.com
wroe@wshblaw.com

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch (TN BPR 23045)

4
