**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

JOHN DOE, et al., individually and on behalf
of all others similarly situated,

        *Plaintiffs,*

        v.

UNLOCK HEALTH, INC. MEDICOM
DIGITAL, INC. d/b/a MEDICOM HEALTH
INTERACTIVE and MEDICOM HEALTH,

        *Defendants.*

Case No. 3:26-cv-00289

Judge Waverly D. Crenshaw, Jr.
Magistrate Barbara D. Holmes

## [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

Upon consideration of the Parties' Joint Motion to Extend Briefing Schedule on Defendant's Motion to Dismiss, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Plaintiff's response shall be due on or before **August 24, 2026**, with Defendants' reply due 20 days thereafter.

IT IS SO ORDERED.

Dated: _____

        BY THE COURT:

        _____
        THE HONORABLE WAVERLY D. CRENSHAW, JR
        UNITED STATES DISTRICT JUDGE

1