Motion (37) is **GRANTED.**

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated, | |
| *Plaintiffs,* | Case No. 3:26-cv-00289 |
| | Judge Waverly D. Crenshaw, Jr. |
| v. | Magistrate Barbara D. Holmes |
| UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH, | CLASS ACTION |
| | JURY TRIAL DEMANDED |
| *Defendants.* | |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, John Doe, Jane Doe, and Jack Doe, together with Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health, (collectively "the Parties"), respectfully move for an Order extending the current briefing schedule on Defendants' Motion to Dismiss, such that Plaintiff's response shall be due on or before August 24, 2026, with Defendants' reply due 20 days thereafter. Good cause exists for the requested relief. The current deadline for Plaintiff to respond is August 5, 2026. (*See* ECF 29).

Defendants filed their motion to dismiss, alternatively, motion to strike, on June 22, 2026. On July 2, 2026, the Parties filed a joint motion to establish a briefing schedule on that motion (*see* ECF 27), which the Court granted on July 7, 2026 (*see* ECF 29). Since that time, the Parties have met and conferred regarding discovery in this case,[1] in addition to their respective positions on the merits. The Parties anticipate continuing their efforts and need additional time to focus on

---

[1] The Parties conducted a Rule 26(f) conference in June 2026.

1