**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Lynda M. Hill |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE PUTATIVE CLASS ACTION COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO STRIKE THE PUTATIVE CLASS ALLEGATIONS**

Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive And Medicom Health ("Defendants"), by and through its counsel, hereby respectfully request leave to file a reply brief in support of its Motion and Memorandum in Support of its Motion to Dismiss Plaintiffs' Putative Class Action Complaint, or in the alternative Motion to Strike the Putative Class Allegations that exceeds the 5-page limitation of Local Rule 7.01(a)(4).

Defendants seeks to file a brief that is 12 pages (inclusive of signature block and certificate of service), a modest length that reflects the effort to address, clearly and completely, the complexities of the issues raised in this case. The additional pages are warranted by the complexity of the factual and legal issues in this class action and the significance of the matters addressed, and they remain limited to preserve clarity and readability. This is the first time in this litigation that

Defendants have sought to exceed the page limitation of Local Rule 7.01(a)(4). Accordingly, Defendants respectfully request the Court grant their Motion for Leave to Exceed Page Limits.

RESPECTFULLY submitted this 10th day of September, 2026.

Dated: Knoxville, Tennessee
September 10, 2026

**WOOD, SMITH, HENNING & BERMAN, LLP**

By: *<u>/s/ Christopher J. Seusing</u>*
Christopher J. Seusing, Esq. (Admitted *Pro Hac Vice*)
William J. Roe, Esq.
Alesandra Greco, Esq. (*Pro Hac Vice* Forthcoming)
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
Tel.: 865-267-8050
Fax.: 865-267-8051
cseusing@wshblaw.com
wroe@wshblaw.com
agreco@wshblaw.com

*Counsel for Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive And Medicom Health*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.01(a)(1), counsel for Defendants certifies that counsel conferred with counsel for Plaintiffs regarding the relief requested in this Motion, and that Plaintiffs consent to the requested relief.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a copy of the foregoing was filed through the Court's CM/ECF system, which will send notification to all counsel of record registered to receive electronic service.

*/s/ Christopher J. Seusing*
Christopher J. Seusing