Motion (46) is **DENIED** for lack of good cause.

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOHN DOE, et al., individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,

*Defendants.*

Case No. 3:26-cv-00289

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Lynda M. Hill

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION AND MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE PUTATIVE CLASS ACTION COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO STRIKE THE PUTATIVE CLASS ALLEGATIONS**

Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive And Medicom Health ("Defendants"), by and through its counsel, hereby respectfully request leave to file a reply brief in support of its Motion and Memorandum in Support of its Motion to Dismiss Plaintiffs' Putative Class Action Complaint, or in the alternative Motion to Strike the Putative Class Allegations that exceeds the 5-page limitation of Local Rule 7.01(a)(4).

Defendants seeks to file a brief that is 12 pages (inclusive of signature block and certificate of service), a modest length that reflects the effort to address, clearly and completely, the complexities of the issues raised in this case. The additional pages are warranted by the complexity of the factual and legal issues in this class action and the significance of the matters addressed, and they remain limited to preserve clarity and readability. This is the first time in this litigation that