**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)**

| | |
|---|---|
| JOHN DOE, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNLOCK HEALTH, INC. MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>*Defendants.* | Case No. 3:26-cv-00289<br><br>**MOTION FOR DISCOVERY CONFERENCE**<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Lynda M. Hill<br><br>JURY DEMANDED |

Pursuant to the Court's August 24, 2026, Order ("Order"), Plaintiffs John Doe, Jane Doe, and Jack Doe ("Plaintiffs") and Defendants Unlock Health, Inc. and Medicom Digital, Inc. ("Unlock Health" or "Defendants," and together with Plaintiffs, "the Parties"), hereby jointly move for a discovery conference with respect to the dispute regarding the subpoenas Plaintiffs served on Unlock Health's clients. The Parties have provided a joint discovery dispute letter in support of their positions.

Respectfully submitted,


*/s/ J. Gerard Stranch*
J. Gerard Stranch
Grayson Wells
John C. Roberts
**STRANCH, JENNINGS, & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

*/s/ Christopher Brown*
Christopher Brown
**WOOD SMITH HENNING & BERMAN LLP**
800 S Gay St., Suite 700
Telephone: (865)-267-8050
crbown@wshblaw.com

*/s/ Christopher J. Seusing*
Christopher J. Seusing (*Admitted Pro Hac Vice*)
Alesandra R. Greco*
**WOOD SMITH HENNING & BERMAN LLP**
33 Riverside Avenue, Suite 502
Westport, CT 06880

Foster C. Johnson (admitted *pro hac vice*)
Joseph Ahmad*
Mark Holden*
Hannah Price*
**AHMAD, ZAVITSANOS, & MENSING, PLLC**
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
fjohnson@azalaw.com
ahmad@azalaw.com
mholden@azalaw.com
hprice@azalaw.com

Lynn A. Toops (admitted *pro hac vice*)
Lisa M. LaFornara (admitted *pro hac vice*)
**COHEN MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenmalad.com

*Counsel for Plaintiffs*

Telephone: (475) 245-9880
cseusing@wshblaw.com
agreco@wshblaw.com

*Counsel for Defendants*

* *Pro hac vice* forthcoming

# <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 18, 2026, a copy of the foregoing was filed through the Court's CM/ECF system, which will send notification to all counsel of record registered to receive electronic service.

*<u>/s/ Christopher J. Seusing</u>*
Christopher J. Seusing