**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

---

| | |
|---|---|
| JOHN DOE, JANE DOE, and JACK DOE, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v. | Case No. 3:26-cv-00289<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Lynda M. Hill |
| UNLOCK HEALTH, INC., MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>Defendants. | CLASS ACTION<br>JURY DEMANDED |

---

**PLAINTIFFS' NOTICE OF FILING**

---

Plaintiffs John Doe, Jane Doe, and Jack Doe (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby provide notice of the filing of their letter, attached hereto as ***Exhibit A***, in response to the letter from Baker & Hostetler, LLP, attached to Defendants' Reply Brief in support of their Motion to Stay, alternatively Bifurcate, Discovery, which was filed on the docket at ECF 51-1. The letters are addressed to the Subpoenas at issue in Defendants' Motion to Stay at ECF 44 and the Parties' Joint Discovery Dispute Statement at ECF 50-1. We provide the response to provide a complete picture of the communications and to avoid an incomplete and misleading record.

Dated: September 23, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (State Bar No. 023045)
Grayson Wells (State Bar No. 039658)
John C. Roberts (State Bar No. 042673)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200

Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

Foster C. Johnson *(admitted pro hac vice)*
Joseph Ahmad*
Mark Holden*
Hannah Price*
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: (713) 655-1101
fjohnson@azalaw.com
ahmad@azalaw.com
mholden@azalaw.com
hprice@azalaw.com

Lynn A. Toops *(admitted pro hac vice)*
Lisa M. LaFornara *(admitted pro hac vice)*
**COHEN MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenmalad.com

* *Pro Hac Vice* Pending

**COUNSEL FOR PLAINTIFFS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing document was served on counsel for Defendants, identified below, via the Court's electronic filing system on this the 23rd day of September, 2026:

Christopher J. Seusing, Esq.
William J. Roe, Esq.
Alesandra Greco, Esq.
**WOOD, SMITH, HENNING & BERMAN, LLP**
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
Tel.: 865-267-8050
Fax.: 865-267-8051
wroe@wshblaw.com
cseusing@wshblaw.com
agreco@wshblaw.com

*Counsel for Defendants*

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch (State Bar No. 023045)