**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

---

| | |
|---|---|
| JOHN DOE, JANE DOE, and JACK DOE,<br><br>Plaintiffs,<br>v.<br><br>UNLOCK HEALTH, INC., MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>Defendants. | Case No. 3:26-cv-00289<br>District Judge Crenshaw<br>Magistrate Judge Hill<br><br>**CLASS ACTION**<br><br>**JURY DEMANDED** |

---

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

---

Plaintiffs John Doe, Jane Doe, and Jack Doe ("Plaintiffs") and Defendants Unlock Health, Inc. and Medicom Digital, Inc. ("Defendants," and together with Plaintiffs, "the Parties"), hereby move the Court to enter a Protective Order to which they have stipulated, attached hereto as **Exhibit A**.

Dated: September 24, 2026

Respectfully submitted,


*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR No. 23045)
Grayson Wells (BPR No. 039658)
John C. Roberts (BPR No. 042673)
**STRANCH, JENNINGS, & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

*/s/ Christopher Brown w/ permission*
Christopher Brown
**WOOD SMITH HENNING & BERMAN LLP**
800 S Gay St., Suite 700
Telephone: (865)-267-8050
crbown@wshblaw.com

*/s/ Christopher J. Seusing w/ permission*_____
Christopher J. Seusing (admitted *pro hac vice*)
Alesandra R. Greco*
**WOOD SMITH HENNING & BERMAN LLP**
33 Riverside Avenue, Suite 502

Foster C. Johnson (admitted *pro hac vice*)
Joseph Ahmad*
Mark Holden*
Hannah Price*
**AHMAD, ZAVITSANOS, & MENSING, PLLC**
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
fjohnson@azalaw.com
ahmad@azalaw.com
mholden@azalaw.com
hprice@azalaw.com

Lynn A. Toops (admitted *pro hac vice*)
Lisa M. LaFornara (admitted *pro hac vice*)
**COHEN MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenmalad.com

* *Pro Hac Vice* forthcoming

*Counsel for Plaintiffs*

Westport, CT 06880
Telephone: (475) 245-9880
cseusing@wshblaw.com
agreco@wshblaw.com

*Counsel for Defendants*

* *Pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system, this the 24th day of September, 2026.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR No. 23045)