**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

---

JOHN DOE, JANE DOE, and JACK DOE,

Plaintiffs,

v.

UNLOCK HEALTH, INC., MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,

Defendants.

Case No. 3:26-cv-00289
Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Lynda M. Hill

---

**DEFENDANTS' NOTICE OF OBJECTION TO PLAINTIFFS' NOTICE OF FILING (ECF No. 52)**

---

Defendants Unlock Health, Inc. and Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health respectfully submit this objection to Plaintiffs' Notice of Filing (ECF No. 52) and the letter attached to it (ECF No. 52-1). Briefing on Defendants' Motion to Stay, or Alternatively to Bifurcate, Discovery (ECF No. 44) closed with Defendants' Reply (ECF No. 51). Local Rule 7.01(a) contemplates a motion, a response, an optional reply, and nothing further. Further, Plaintiffs did not seek or obtain leave to file more.

Although styled a "Notice of Filing," ECF No. 52 advances argument responding to the correspondence submitted with Defendants' Reply. Plaintiff's Notice of Filing (ECF No. 52) at 1. A filing is measured by its substance rather than its caption, and a notice that argues in response to a reply is an unauthorized sur-reply. *In re Caterpillar Inc.*, No. 3:19-MC-0031, 2020 WL 1923227, at 6–7 (M.D. Tenn. Apr. 21, 2020) (disregarding a notice filing that "exceed[ed] the parameters of a simple notice filing" by advancing additional arguments on a pending motion without leave of court); *see also Key v. Shelby Cnty.*, 551 F. App'x 262, 265 (6th Cir. 2014).

Defendants therefore bring the filing to the Court's attention, place their objection on the record, and respectfully request that the Court decline to consider ECF No. 52 and ECF No. 52-1. In objecting rather than addressing the letter's substance, Defendants do not concede any of its contents and reserve all rights.

Dated: Knoxville, Tennessee
September 28, 2026

**WOOD, SMITH, HENNING & BERMAN, LLP**

By: *<u>/s/ Christopher J. Seusing</u>*

Christopher J. Seusing, Esq. (Admitted Pro Hac Vice)
William J. Roe, Esq.
Alesandra Greco, Esq. (*pro hac vice* forthcoming)
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
Tel.: 865-267-8050
Fax.: 865-267-8051
wroe@wshblaw.com
cseusing@wshblaw.com

*Counsel for Defendants Unlock Health, Inc. Medicom Digital, Inc. d/b/a Medicom Health Interactive And Medicom Health*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, a copy of Defendants' NOTICE OF OBJECTION TO PLAINTIFFS' NOTICE OF FILING (ECF No. 52) was filed through the Court's CM/ECF system, which will send notification to all counsel of record registered to receive electronic service.

/s/ *Christopher J. Seusing*
Christopher J. Seusing, Esq.