**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

JOHN DOE, JANE DOE, and JACK DOE, Individually and on behalf of all other similarly situated,

v.

UNLOCK HEALTH INC., MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,

Case No. 3:26 cv 00289

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Sean F. Healey hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for All Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: United States District Court, Southern District of Texas

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

Not applicable

3. I have not been found in contempt by any court or tribunal, except as provided below:

Not applicable

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

Not applicable

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

Not applicable

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

Not applicable

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

J. Gerard Stranch (TN State Bar No. 023045), STRANCH, JENNINGS & GARVEY, PLLC,

The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, Tennessee 37203, Telephone: (615) 254-8801, Email: gstrach@strachlaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Sean F. Healey ______________________________ Signature

Name: Sean F. Healey

State where admitted and State Bar Number: Texas Bar No. 24142997

Business Address: Ahmad Zavitsanos & Mensing, PLLC, 1221 McKinney St., Suite 2500, Houston, Texas 77010

Local Address [if different from above]:

Phone: (713) 655-1101

Email: shealey@azalaw.com

## CERTIFICATE OF SERVICE

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

I hereby certif y that on October 24, 2026, a true and correct copy of the f oregoing Motion f or Admission Pro Hac Vice was f iled electronically with the Clerk of Court by the Court's electronic f iling system which provides notice to the f ollowing:

Christopher J. Seusing, Esq. (Admitted Pro Hac Vice)
Sean V. Patel, Esq. (Admitted Pro Hac Vice)
William J. Roe, Esq.
800 S. Gay Street, Ste. 700
Knoxville, TN 37929
Tel.: 865-267-8050
Fax.: 865-267-8051
wroe@wshblaw.com
cseusing@wshblaw.com
spatel@wshblaw.com
Counsel for Defendant

*/s/ Sean F. Healey*
Sean F. Healey (Pro Hac Vice forthcoming)

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.