# EXHIBIT A

Docusign Envelope ID: 35A2DCB4-43BC-8F7E-8187-1DA4207DBF85

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JOHN DOE, JANE DOE, and JACK DOE,<br><br>Plaintiffs,<br>v.<br><br>UNLOCK HEALTH, INC., MEDICOM DIGITAL, INC. d/b/a MEDICOM HEALTH INTERACTIVE and MEDICOM HEALTH,<br><br>Defendants. | Case No. 3:26-cv-00289<br>District Judge Crenshaw<br>Magistrate Judge Hill<br><br>**CLASS ACTION**<br>**JURY DEMANDED** |

**DECLARATION OF ALAN HARKER IN SUPPORT OF DEFENDANTS' RESPONSES TO PLAINTIFFS' MEMORANDA OF LAW REGARDING PRODUCTION OF HIPAA-PROTECTED INFORMATION AND GOOGLE ANALYTICS DATA REQUESTS**

I, Alan Harker, declare as follows:

1. I am over 18 years of age and am authorized to make this Declaration on behalf of Defendants Unlock Health, Inc., Medicom Digital, Inc. d/b/a Medicom Health Interactive, and Medicom Health (collectively, "Defendants" or "Unlock Health"). I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2. I am currently employed by Unlock Health, and my current titles are Chief Financial Officer and Chief Compliance Officer. I have held these positions for three months. My responsibilities include day-to-day oversight of Unlock Health's compliance program.

3. I make this Declaration in support of Defendants' Response to Plaintiffs' Memorandum of Law Regarding Production of HIPAA-Protected Information and Defendants'

Response to Plaintiffs' Memorandum of Law Regarding Google Analytics Data Requests, to clarify matters concerning Unlock Health's technology and client data. *See* ECF Nos. 61 and 62.

4. The primary goal of a Health Risk Assessment ("HRA") is to identify an individual's personal health risks, support the prevention of future disease, and guide the development of personalized care plans. An HRA is a structured intake and assessment tool that gathers information about a person's health status, lifestyle, and background, then organizes it to surface and act on potential risks.

5. HRAs are configured using custom questionnaires, data inputs, and scoring algorithms. They are built by defining target populations, selecting specific risk metrics, and establishing automated feedback loops.

6. Unlock Health's HRA platform lets customers choose whether to add analytics or tracking tools. Only customers, not Unlock Health, control what is used and how it is configured.

7. Unlock Health does not configure HRA analytics of any kind for any of its clients.

8. Each of Unlock Health's clients operates in a separate HRA environment, so tracking behavior depends on that client's own configuration rather than a uniform Unlock Health deployment.

9. Unlock Health does not broadly deploy Google Tag Manager across all HRAs.

10. To the extent that Unlock Health's clients deploy any tracking tools, that would occur through customer-owned tag-management containers, or custom code placed by the customer or by Unlock (at the direction of the customer). Unlock Health does not receive this data or retransmit it to third parties.

11. No individual HRA results or patient information are directly accessible to Unlock Health. This data is encrypted when transmitted, then stored in an encrypted database. None of

Docusign Envelope ID: 35A2DCB4-43BC-8F7E-8187-1DA4207DBF85

this information was breached because of Unlock's procedures. Because this is the client's data, Unlock Health does not access it as a matter of routine and cannot do so without explicit authorization from the client.

12. On Unlock Health's HRA platform, the only data transmitted to clients is a fixed set of event fields, such as "full-disclaimer-view," "start-page-viewed," "back-button-clicked," and "contact-page-viewed." No custom code and no personally identifiable information about any individual is collected or transmitted.

13. In sum, each Unlock Health client independently configures and controls its own HRA environment, and Unlock Health neither collects, accesses, nor retransmits individual HRA results or personally identifiable information to any third party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of October, 2026, in Tennessee.

Signed by:



B60F996A725345E...

Alan Harker