**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

John Doe, et al., individually and on behalf of all others similarly situated,

v.

Unlock Health, Inc., Medicom Digital, Inc. d/b/a Medicom Health Interactive and Medicom Health.

Case No. 3:26-cv-00289

Judge Waverly D. Crenshaw, Jr.

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Dremain T. Moore hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Unlock Health, Inc..

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: USDC - Northern District of Illinois

   Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

Not applicable.

3. I have not been found in contempt by any court or tribunal, except as provided below:

Not applicable.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

Not applicable.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

Not applicable.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

Not applicable.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

William J. Roe, Esq., Wood Smith Henning & Berman, LLP, 800 S. Gay Street, Suite 700, Knoxville, TN 37929. Phone: 865-267-8050 Email: wroe@wshblaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Dremain T. Moore Signature

Name: Dremain T. Moore

State where admitted and State Bar Number: Illinois - 6328767

Business Address: 222 South Riverside Plaza, Suite 640, Chicago, IL 60606

Local Address [if different from above]:

Phone: 773-872-8438

Email: dmoore@wshblaw.com

## CERTIFICATE OF SERVICE

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

J. Gerard Stranch (TN BPR 02045); Grayson Wells (TN BPR 039658);
John Roberts (TN BPR 042673)
STRANCH, JENNINGS, & GARVEY, PLLC
gstranch@stranchlaw.com; gwells@stranchlaw.com; jroberts@stranchlaw.com

Foster C. Johnson, Sean F. Healey, Joseph Ahmad*, Mark Holden*, Hannah Price*
AHMAD, ZAVITSANOS, & MENSING, PLLC
fjohnson@azalaw.com; ahmad@azalaw.com; mholden@azalaw.com; shealey@azalaw.com; hprice@azalaw.com

Lisa M. LaFornara; Lynn A. Toops
COHEN & MALAD, LLP
llafornara@cohenmalad.com; ltoops@cohenmalad.com

*Pro Hac Vice Forthcoming

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.

# CERTIFICATE OF GOOD STANDING

*United States of America*

}**ss.** Dremain T. Moore

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Dremain T. Moore was duly admitted to practice in said Court on (06/18/2018) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/29/2026 )

Thomas G. Bruton , Clerk,

By: Anna Wang
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ANNA WANG
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 29, 2026