# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Nov 24, 2026 3:26PM

Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney
Suite 2500
Houston, TX 77010

Rcpt. No: 300009472 Trans. Date: Nov 24, 2026 3:26PM Cashier ID: #CH (7573)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #18068 | 11/24/2026 | $150.00 |
| | | | Total Due Prior to Payment: | $150.00 |
| | | | Total Tendered: | $150.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: PHV Motion - Sean F. Healey 3:26-cv-00289

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.